IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWIN H. SEE, SR.
                                                                                          PLAINTIFF

v.                         NO. 3:16-cv-00003 PSH

CAROLYN W. COLVIN, Acting Commissioner                         DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Edwin H. See, Sr., ("See") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 23. In the motion, he seeks fees and expenses totaling $3,159.62. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by See.

The Court has reviewed See's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $3,159.62 are awarded to See. Because the award belongs to See, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue

payment of this award by check made payable to See, in care of his attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

    IT IS SO ORDERED this 8th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE